TIMOTHY F. BRODERICK, Plaintiff, *v.* CAULDWELL-WINGATE Co., INC., et al., Defendants.

CAULDWELL-WINGATE Co., INC., Third-Party Plaintiff-Appellant, *v.* BRENNAN & SLOAN, INC., Third-Party Defendant-Respondent.

Argued June 1, 1953; decided July 14, 1953.

*Victor D. Werner* and *Akin M. French* for appellant.

*Emil V. Pilz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.